UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAJA E. SHEHADI,

        Plaintiff,                  Civil Action No.
                                          09-CV-13704
vs.

                                          PAUL D. BORMAN
SECRETARY OF VETERANS AFFAIRS,     UNITED STATES DISTRICT JUDGE

        Defendant.
_____/

## ORDER REGARDING UPCOMING HEARING

       The Court is scheduled to hear oral argument on Defendant's Motion to Dismiss on April 13, 2010. While not mentioned by the parties in their briefs, the Court believes that the Ninth Circuit's decision in *Mangano v. United States*, 529 F.3d 1243 (9th Cir. 2008), is relevant to discussion of this case. Accordingly, at oral argument, the parties should be prepared to discuss *Mangano*.

       SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: April 12, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 12, 2010.

                                                s/Denise Goodine
                                                Case Manager